Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -5 AM 10: 33
LORETTA G. WHYTE
CLERK

U.S.A. vs. MICHAEL J CEASAR            Docket No. 053L 2:00CR43-1K

## Petition on Probation and Supervised Release

COMES NOW , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael J Ceasar, who was placed on supervision by the Honorable Stanwood R. Duval Jr. sitting in the Court at New Orleans, Louisiana, on October 25, 2000, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Orientation and life skills
2. Alcohol testing/treatment

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

Ceasar has satisfied the special conditions of his term of supervised release. However, Ceasar was arrested June 17, 2007, by the St. Bernard Parish Sheriff's Office for simple battery, disturbing the peace and resisting an officer. On June 18, 2007, he was released from custody on a $3,500.00 bond. As these charges are currently pending in St. Bernard Parish, and Ceasar's supervised release term is set to expire on November 4, 2007, it is recommended that his term be terminated unsatisfactorily. Ceasar has signed Probation Form 49, Waiver of Hearing, agreeing to the unsatisfactory termination of his term of supervised release.

PRAYING THAT THE COURT WILL ORDER that Michael Ceasar's term of supervised release will terminate unsatisfactorily effective November 4, 2007.

ORDER OF COURT

Considered and ordered this 2nd day of November, 2007, and ordered filed and made a part of the records in the above case.

_____
Stanwood R. Duval Jr.
U. S. District Judge

Original - Clerk's Office
1 Copy - U.S. Marshal
1 Copy - U.S. Attorney
2 Copies - U.S. Probation

Respectfully,

Brian P. Bond
Senior U.S. Probation Officer
504-589-3209

Place: New Orleans, Louisiana

Date: November 02, 2007

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The term of supervised release will be terminated unsatisfactorily on November 4, 2007.

Witness: _____  Signed: _____
Brian P. Bond                     Michael J Ceasar
U.S. Probation Officer            Supervised Releasee

                                  10-18-07
                                  DATE